UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-405-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| JESUS ELIEZER GONZALEZ ACEVEDO | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED Docket Entry Number 14 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of Docket Entry 14 and any order concerning the same to the United States Attorney's Office.

SO ORDERED, this 19th day of December, 2017.

LOUISE W. FLANAGAN
United States District Judge