IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-00405-FL

**United States of America**,

v.

**Jesus Eliezer Gonzalez Acevedo**,

        Defendant.

**Order**

On December 21, 2017, the undersigned ordered the Bureau of Prisons to conduct a competency evaluation of the Defendant, Jesus Eliezar Gonzalez Acevedo. D.E. 20. In order to obtain background information, the BOP psychiatric evaluator has requested Defendant's Pretrial Services Report, which is sealed. D.E. 21. The undersigned finds that the interests of justice will be served by permitting the BOP's evaluator to information contained in the Defendant's PSR.

Accordingly, the Probation Office is authorized to provide a copy of Defendant's PSR (D.E. 21) to the BOP for use by its psychiatric evaluator to evaluate Defendant's competency. Any persons who are permitted access to Defendant's PSR are restricted from disclosing its contents given the sensitive information contained therein.

Dated: March 2, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge